UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, *AS SUBROGEE OF LANCASTER GENERAL HEALTH AND LANCASTER GENERAL HOSPITAL*, | : : : : : |
| Plaintiff, | : : |
| v. | : No. 5:17-cv-01419 |
| BRINJAC ENGINEERING, INC; DYNATECH CONTROLS, INC., | : : : |
| Defendants. | : |

# **O R D E R**

**AND NOW,** this 6th day of March, 2018, upon consideration of Defendant Brinjac Engineering, Inc.'s Motion to Dismiss, ECF No. 10, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Brinjac's Motion to Dismiss, ECF No. 10, is **GRANTED** in part;

2. Plaintiff Federal Insurance's claims against Brinjac are **DISMISSED** without prejudice;

3. Federal Insurance shall file any amended complaint no later than **March 23, 2018**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge